# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| MIDFIRST BANK | : No. 716 MAL 2014 |
|---|---|
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| JEFFREY A. STACEY AND LISA RENE | : |
| STACEY A/K/A LISA R. STACEY | : |
| | : |
| | : |
| PETITION OF: LISA RENE STACEY | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.